IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAKESHA JOHNSON,

   Plaintiff,

  v.

JP MORGAN CHASE, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3823-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 64] of the Magistrate Judge recommending that the Defendant's Motion for Summary Judgment [Doc. 45] be granted. In her Objections to the Report and Recommendation, the Plaintiff has failed to point to any evidence that any of the mistreatment that she was subjected to was motivated in any way by racially discriminatory intent. The Magistrate Judge was entitled to make his Report and Recommendation on the Complaint actually filed by the Plaintiff, and correctly held that he would not consider claims that she intended to make. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 45] is GRANTED.

T:\ORDERS\12\Johnson\12cv3823\r&r.wpd

SO ORDERED, this 2 day of March, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge